**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**ROSE SANSONE**                                                                            **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.: 3:04-CV-886BN**

**LIBERTY MUTUAL INSURANCE COMPANY AND
MCRAE'S, INC.**                                                       **DEFENDANTS**

## **FINAL JUDGMENT**

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Opinion and Order entered in this case on this day, this action is hereby dismissed, with prejudice.

SO ORDERED this the 3rd day of February, 2006.

                                                                s/ William H. Barbour, Jr.
                                                                UNITED STATES DISTRICT JUDGE

blj